# Court of Appeals
# of the State of Georgia

ATLANTA,  May 22, 2018

*The Court of Appeals hereby passes the following order:*

## A18D0457. INGRID GRIFFIN v. JOHNNIE GRIFFIN.

On April 19, 2018, the trial court issued a decree of divorce to Ingrid and Johnnie Griffin. In the order, the court awarded sole physical and legal custody of the couple's minor child to Johnnie Griffin and declared that Ingrid Griffin could only have supervised visitation as stated in an attached exhibit. Ingrid Griffin filed this timely application for discretionary appeal from the court's order.

Under OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody" are directly appealable. In addition, "[u]nder Georgia law, visitation rights are a part of custody." *Vines v. Vines*, 292 Ga. 550, 551 (2) (739 SE2d 374) (2013).  Thus, the order at issue here is directly appealable.

This Court will grant a timely discretionary application if the lower court's order is directly appealable.  See OCGA § 5-6-35 (j).  Accordingly, this application is hereby GRANTED. Ingrid Griffin shall have ten days from the date of this order to file a notice of appeal with the trial court. If, however, she has already filed a notice of appeal, she need not file a second notice.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  05/22/2018
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , Clerk.